**Receipt**

| Intake Clerk: | Receipt Number: | Receipt Date: |
|---|---|---|
| jennifer | J32237 | 09/12/2008 |

# United States District Court
Western District of Tennessee

Western Division-Memphis  
167 N. Main, Room 242  
Memphis, TN 38103  
(901) 495 - 1200

Eastern Division-Jackson  
Room 262, 111 South Avenue  
Jackson, TN 38301  
(731) 421-9200

Received From:  
JAMES E. BAILEY, III  
40 SOUTH MAIN STREET, SUITE 2000  
MEMPHIS, TN 38103

**Cash:**  
**Check:**  
**Credit:** $350.00  
**Money Order:**  
**EFT:**  
**Total Amount Owed:** $350.00  
**Total Amount Paid:** $350.00  
**Change:** $.00

**Receipt Details**

| 1 | Civil Filing Fee | **Amount Owed:** | $350.00 |

Case Number 1:08CV1213  
RICSUNG INTERNATIONAL LIMITED, ET AL vs XEBEX CORP

Total Lines: 1   **Total Amount:** **$350.00**