65887-JDK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

RICSUNG INTERNATIONAL LIMITED and
FUIJAN MINHOU MINXING WEAVING CO., LTD.

    PLAINTIFFS,

                                                                                  No. 1:08-CV-01213-JDB

vs.

XEBEX CORPORATION, a/k/a
TETRA PACIFIC CORPORATION,

    DEFENDANT.

## NOTICE OF APPEARANCE

COMES NOW Jerry D. Kizer, Jr. and Craig P. Sanders, and hereby appear as counsel of record for Defendant Xebex Corporation a/k/a Tetra Pacific Corporation. All defenses related to jurisdiction, venue, service of process and sufficiency of process are hereby reserved.

Respectfully submitted,

RAINEY, KIZER, REVIERE & BELL, P.L.C.

BY:   s/ Jerry D. Kizer
      JERRY D. KIZER (BPR No. 7652)
      CRAIG P. SANDERS (BPR No. 22268)
      105 S. Highland Avenue
      Jackson, TN 38301
      (731) 423-2414
      jkizer@raineykizer.com
      csanders@raineykizer.com
      *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served, via the method indicated below, on the following counsel of record:

( ) Hand-delivery
( ) Mail
( ) Fax
( ) Fed Ex
(X) EFS

Mr. James E. Bailey, III
Mr. R. Campbell Hillyer
Farris Bobango Branan, PLC
40 South Main Street
One Commerce Squate, Suite 2000
Memphis, TN  38103
*Attorneys for Plaintiffs*

This the 20th day of October 2008.

s/ Jerry D. Kizer

2