65887-JDK

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

**RICSUNG INTERNATIONAL LIMITED and**
**FUIJAN MINHOU MINXING WEAVING CO., LTD.**

    **PLAINTIFFS,**

                                    **No. 1:08-CV-01213-JDB**

**vs.**

**XEBEX CORPORATION, a/k/a**
**TETRA PACIFIC CORPORATION,**

    **DEFENDANT.**

___

**ORDER GRANTING DEFENDANT XEBEX CORPORATION**
**a/k/a TETRA PACIFIC CORPORATION'S MOTION FOR EXTENSION**
**OF TIME TO RESPOND TO COMPLAINT**
___

    It appears to the Court that Defendant Xebex Corporation a/k/a Tetra Pacific Corporation's Motion for Extension of Time to Respond to Complaint is well taken and should be granted upon good cause.

    It is therefore ORDERED that Defendant Xebex Corporation a/k/a Tetra Pacific Corporation's Motion for Extension of Time to Respond to Complaint is granted and that said Defendant shall have up to and including November 25, 2008 to answer or otherwise respond to the Complaint filed in this matter.

    Entered this the 21st day of October, 2008.

                                            s/ J. Daniel Breen
                                            UNITED STATES DISTRICT JUDGE