AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

WESTERN District of TENNESSEE

RICSUNG INTERNATIONAL LIMITED, and
FUIJAN MINHOU MINXING WEAVING CO., LTD

**SUMMONS IN A CIVIL ACTION**

V.

XEBEX CORPORATION, a/k/a
TETRA PACIFIC CORPORATION

CASE NUMBER:   1:08-CV-1213

TO: (Name and address of Defendant)

Xebex Corporation
c/o Scott Weinert
26 Windy City Road
Jackson, TN 38305

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James E. Bailey III, Esquire
Farris Bobango Branan PLC
One Commerce Square, Suite 2000
Memphis, TN 38103

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

THOMAS M. GOULD                              9/24/08
_____         _____
CLERK                                         DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me[1]   DATE 10/7/08

NAME OF SERVER (PRINT) BEN D BLACKWELL   TITLE PROCESS SERVER

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 26 WENDY CITY RD JACKSON, TN 38305

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|--------|----------|-------------|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/7/08
             Date

Signature of Server  B D Blackwell
MAXXGUARD

1445 N. Highland Ave Jackson, TN 38301
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.