UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**RICSUNG INTERNATIONAL LIMITED and
FUIJAN MINHOU MINXING WEAVING CO., LTD.**

      **PLAINTIFFS,**

                                  **No. 1:08-CV-01213-JDB**

**vs.**

**XEBEX CORPORATION, a/k/a
TETRA PACIFIC CORPORATION,**

      **DEFENDANT.**

_____

**ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION
OF TIME TO RESPOND TO DEFENDANT'S COUNTERCLAIM**
_____

It appears to the Court that Plaintiffs' Motion for Extension of Time to Respond to Defendant's Counterclaim is well taken and should be granted upon good cause.

It is therefore ORDERED that Plaintiffs' Motion for Extension of Time to Respond to Defendant's Counterclaim is granted and that the Plaintiffs shall have up to and including January 9, 2009 to answer or otherwise respond to the Counterclaim filed in this matter.

Entered this 19th day of December, 2008.

                                            s/ J. DANIEL BREEN
                                            UNITED STATES DISTRICT JUDGE