65887-JDK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

RICSUNG INTERNATIONAL LIMITED and
FUIJAN MINHOU MINXING WEAVING CO., LTD.

    PLAINTIFFS/COUNTER-DEFENDANTS,

                                               No. 1:08-CV-01213-JDB-egb

vs.

XEBEX CORPORATION, a/k/a
TETRA PACIFIC CORPORATION,

    DEFENDANT/COUNTER-PLAINTIFF.

_____

**ORDER GRANTING DEFENDANT/COUNTER-PLAINTIFF XEBEX CORPORATION a/k/a TETRA PACIFIC CORPORATION'S MOTION FOR CONTINUANCE OF SCHEDULING CONFERENCE**
_____

    It appears to the Court that Defendant/Counter-Plaintiff Xebex Corporation a/k/a Tetra Pacific Corporation's Motion for Continuance of Scheduling Conference is well taken and should be granted upon good cause.

    It is therefore ORDERED that Defendant/Counter-Plaintiff Xebex Corporation a/k/a Tetra Pacific Corporation's Motion for Continuance of Scheduling Conference is granted and the Scheduling Conference in this matter will be reset for another date in or after March 2009.

    Entered this the 28th day of January, 2009.


                                                ____s/ Edward G. Bryant_____
                                                Edward G. Bryant
                                                United States Magistrate Judge