09-14860

# IN THE UNITED STATES DISTRICT COURT TENNESSEE WESTERN DISTRICT

| | |
|---|---|
| **RICSUNG INTERNATIONAL LIMITED &** ) <br> **FUIJAN MINHOU MINXING WEAVING CO., LTD.** ) <br>   ) <br> **PLAINTIFFS/COUNTER DEFENDANTS** ) <br>   ) <br> V.   ) <br>   ) <br> **XEBEX CORPORATION a/k/a TETRA PACIFIC** ) <br> **CORPORATION** ) <br>   ) <br> **DEFENDANT/COUNTER CLAIMANT.** ) | No. 08-01213-JDB-egb |

## ORDER SUBSTITUTING COUNSEL FOR DEFENDANT

Upon Consent of the Parties and for good cause shown, it is hereby **ORDERED, ADJUDGED AND DECREED** that Charles M. Purcell and the law firm of Waldrop and Hall shall be substituted for Jerry D. Kizer, Jr. and Craig P. Sanders and law firm of Rainey, Kizer, Reviere & Bell, PLC as counsel of record for Defendant/Counter Claimant, Xebex Corporation a/k/a Tetra Pacific Corporation.

**ENTERED**: this the 5th day of March, 2009.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

WALDROP & HALL, P.A.


By:  s/ Charles M. Purcell
      Charles M. Purcell (#012461)
      Attorneys for Defendant/Counter Claimant
      P.O. Box 726
      Jackson, TN 38302
      (731) 424-6211
      E-mail:  purcellc@waldrophall.com

RAINEY, KIZER, REVIERE & BELL, P.L.C.


By:  s/ Jerry D. Kizer, Jr.
      Jerry D. Kizer, Jr. (7652)
      Craig P. Sanders (22268)
      Attorneys for Defendants
      105 S. Highland
      Jackson, TN 38301
      (731) 423-2414
      E-mail:  csanders@raineykizer.com

Butler Snow O'Mara Stevens & Cannada


By:  s/James E. Bailey, III
      James E. Bailey, III
      6075 Poplar Ave, Suite 500
      Memphis, TN 38119
      (901) 680-7200
      Email:  jeb.bailey@butlersnow.com

Farris Bobango Branan, PLC


By:  s/R. Campbell Hillyer
      R. Campbell Hillyer (022124)
      Once Commerce Square, Ste 2000
      Memphis, TN 38103
      (901) 259-7100
      Email:  chillyer@farris-law.com