09-14860

# IN THE UNITED STATES DISTRICT COURT TENNESSEE
# WESTERN DISTRICT

| | |
|---|---|
| **RICSUNG INTERNATIONAL LIMITED &** ) <br> **FUIJAN MINHOU MINXING WEAVING CO., LTD.** ) <br> ) <br> **PLAINTIFFS/COUNTER DEFENDANTS** ) <br> ) <br> V.   ) <br> ) <br> **XEBEX CORPORATION a/k/a TETRA PACIFIC** ) <br> **CORPORATION** ) <br> ) <br> **DEFENDANT/COUNTER CLAIMANT.** ) | No. 08-01213-JDB-egb |

## NOTICE OF COMPLIANCE

Comes now the Defendant, Xebex Corporation, and notifies this Honorable Court that it has complied with Rule 26(a)(1) of the Federal Rules of Civil Procedure by sending a copy of their Rule 26(a)(1) Disclosures to all counsel of record.

                                              Respectfully submitted,

                                              WALDROP AND HALL, P.A.

By:   s/ Jennifer K. Craig
        Jennifer K. Craig (#20036)
        Attorneys for Xebex Corporation

        106 South Liberty Street
        Post Office Box 726
        Jackson, Tennessee  38301
        (731) 424-6211

CERTIFICATE OF SERVICE

      The undersigned certifies that a true and correct copy of the foregoing document was forwarded by electronic means via the Court's electronic filing system.

                                                  s/Jennifer K. Craig
                                                  WALDROP & HALL, P.A.

Date:     April 30, 2009