UNITED STATES DISTRICT COURT
WESTERN DISTRICT TENNESSEE
EASTERN DIVISION

**RICSUNG INTERNATIONAL LIMITED, and**
**FUIJAN MINHOU MINXING WEAVING CO., LTD.**

      **PLAINTIFFS,**

**vs.**                                                                              **No. 1:08-CV-01213-JDB**

**XEBEX CORPORATION, a/k/a**
**TETRA PACIFIC  CORPORATION,**

      **DEFENDANT.**

_____

**CERTIFICATE OF COMPLIANCE**
_____

The undersigned counsel hereby certifies that on April 30, 2009, the Plaintiffs' complied with the Rule 16(b) Scheduling Order and that the Plaintiffs' initial required disclosures pursuant to FED. R. CIV. P. 26(a)(1) were forwarded by electronic means to counsel of record for the Defendant.

**Dated: April 30, 2009**

                                                   **FARRIS BOBANGO BRANAN PLC**

                                                   /s/  R. Campbell Hillyer
                                                        R. Campbell Hillyer (22124)
                                                   One Commerce Square, Suite 2000
                                                   Memphis, TN 38103
                                                   (901) 259-7100
                                                   *chillyer@farris-law.com*
                                                   *Attorneys for Ricsung International Limited*
                                                   *and*
                                                   *Fuijan Minhou Minxing Weaving Co. Ltd.*

2

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing certification has been sent, via electronic mail to following counsel of record:

 Charles M. Purcell, Esq.
 Jennifer K. Craig, Esq.
 P.O. Box 726
 Jackson, TN 38302
 craigj@waldrophall.com
 purcellc@waldrophall.com
 *Attorneys for Defendant*

This the 30th day of April, 2009.

            /s/  R. Campbell Hillyer