09-14860

## IN THE UNITED STATES DISTRICT COURT TENNESSEE
## WESTERN DISTRICT

| | | |
|---|---|---|
| **RICSUNG INTERNATIONAL LIMITED &** | ) | |
| **FUIJAN MINHOU MINXING WEAVING CO., LTD.** | ) | |
| | ) | |
| **PLAINTIFFS/COUNTER DEFENDANTS** | ) | |
| | ) | |
| **V.** | ) | **No. 08-01213-JDB-egb** |
| | ) | |
| **XEBEX CORPORATION a/k/a TETRA PACIFIC** | ) | |
| **CORPORATION** | ) | |
| | ) | |
| **DEFENDANT/COUNTER CLAIMANT.** | ) | |

## ORDER WITHDRAWING MOTION FOR ADMISSION PRO HAC VICE

IT IS HEREBY ORDERED that the Motion for Admission Pro Hac Vice with regards to Chris Ragonesi is withdrawn.

ENTERED this the 20th day of May, 2009.


s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE