## IN THE UNITED STATES DISTRICT COURT TENNESSEE
## WESTERN DISTRICT

| | |
|---|---|
| **RICSUNG INTERNATIONAL LIMITED &** <br> **FUIJAN MINHOU MINXING WEAVING CO., LTD.** <br><br> **PLAINTIFFS/COUNTER DEFENDANTS** <br><br> V. <br><br> **XEBEX CORPORATION a/k/a TETRA PACIFIC CORPORATION** <br><br> **DEFENDANT/COUNTER CLAIMANT.** | ) ) ) ) ) ) ) No. 08-01213-JDB-egb ) ) ) ) ) ) |

### AGREED ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S DISCOVERY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the deadline for Defendant to respond to Plaintiffs' First Set of Interrogatories and Request for Production of Documents is extended until August 28, 2009.

ENTERED this the 5th day of August, 2009.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

    WALDROP & HALL, P. A.

By:   <u>s/ Jennifer K. Craig</u>
      Jennifer K. Craig (020036)
      Attorneys for Defendant
      106 S. Liberty Street
      Jackson, TN 38301
      (731) 424-6211
      Email:  craigj@waldrophall.com


Butler Snow O'Mara Stevens & Cannada


By:   <u>s/R. Campbell Hillyer</u>
      James E. Bailey, III
      R. Campbell Hillyer (022124)
      6075 Poplar Ave, Suite 500
      Memphis, TN 38119
      (901) 680-7200
      Email:  jeb.bailey@butlersnow.com
      Email:  cam.hillyer@butlersnow.com