AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| RICSUNG INTERNATIONAL LIMITED, et. al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   1:08-CV-01213-JDB |
| XEBEX CORPORATION, a/k/a TETRA PACIFIC CORPORATION | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) |                                                        ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Marta Dowling, 46 Greencastle Drive, Jackson, Tennessee, 38305

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Butler Snow O'Mara Stevens & Cannada 6075 Poplar Ave, Suite 500, Memphis, TN 38119 | Date and Time: 10/15/2009 10:00 am |
|---|---|

The deposition will be recorded by this method:   court reporter

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

Any and all documents in your possession which deal with or realting to the business operations of Xebex Corporation, as well as any communications relating to the business relationship between Plaintiffs and Defendant including any monetary amounts due and owing by Defendant.

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:   09/28/2009

*CLERK OF COURT*

                                                    OR    /s/ RSM

_____                    _____
*Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Plaintiffs   Ricsung International Limited and Fuijan Minhou Minxing Weaving Co.  , who issues or requests this subpoena, are:

James E. Bailey, III, Esq. and R. Campbell Hillyer, Esq. at 6075 Poplar Ave, Suite 500, Memphis, TN 38119; 901-680-7200 ; cam.hillyer@butlersnow.com

AO 88A  (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 1:08-CV-01213-JDB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*  Marta Dowling

was received by me on *(date)* _____ .

☒ I served the subpoena by delivering a copy to the named individual as follows: Personal Service

X Marta J Dowling

on *(date)* 9-30-09 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 122.00 .

My fees are $ 82.00  for travel and $ 40.00  for services, for a total of $ 122.00 .

I declare under penalty of perjury that this information is true.

Date: 9-30-09

_____
Server's signature

Katie Jared
Printed name and title
MaxxGuard Process Server

1445 N Highland  Jackson Tn 38301
Server's address
MaxxGuard Process Server

Additional information regarding attempted service, etc: