IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

RICSUNG INTERNATIONAL LIMITED and
FUIJAN MINHOU MINXING WEAVING CO.,
LTD.,

       Plaintiffs,

v.                                  No. 1:08-cv-1213

XEBEX CORPORATION, a/k/a
TETRA PACIFIC CORPORATION,

       Defendant.

---

## ORDER OF REFERENCE
---

      Before the Court is the Plaintiffs' Expedited Motion to Compel Defendant's Full Production of Documents and Responses to Interrogatories; and Attendance of Defendant's Rule 30(b)(6) Representative at Oral Deposition (Docket Entry No. 35), filed on October 9, 2009.

      This motion is referred to the United States Magistrate Judge for determination. Any objections to the magistrate judge's order shall be made within ten (10) days after service of the order, setting forth particularly those portions of the order objected to and the reasons for the objections. Failure to timely assign as error a defect in the magistrate judge's order will constitute a waiver of that objection. See Rule 72(a) and (b), Federal Rules of Civil Procedure.

      **IT IS SO ORDERED** this, the 16th day of October, 2009.

                                                    s/ J. DANIEL BREEN
                                                    UNITED STATES DISTRICT JUDGE