IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

RICSUNG INTERNATIONAL LIMITED and
FUIJAN MINHOU MINXING WEAVING CO.,
LTD.,

      Plaintiffs,

v.  No. 1:08-cv-1213

XEBEX CORPORATION, a/k/a
TETRA PACIFIC CORPORATION,

      Defendant.

_____

**ORDER OF REFERENCE**
_____

      Before the Court is the Plaintiffs' Motion for Extension of Time of Discovery Deadlines (Docket Entry No. 37), filed on October 30, 2009.

      This motion is referred to the United States Magistrate Judge for determination. Any objections to the magistrate judge's order shall be made within ten (10) days after service of the order, setting forth particularly those portions of the order objected to and the reasons for the objections. Failure to timely assign as error a defect in the magistrate judge's order will constitute a waiver of that objection. See Rule 72(a) and (b), Federal Rules of Civil Procedure.

      **IT IS SO ORDERED** this, the 2nd day of November, 2009.

                              s/ J. DANIEL BREEN
                              UNITED STATES DISTRICT JUDGE