UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

RICSUNG INTERNATIONAL LIMITED and
FUIJAN MINHOU MINXING WEAVING CO., LTD.

    PLAINTIFFS,

                                      No. 1:08-CV-01213-JDB

vs.

XEBEX CORPORATION, a/k/a
TETRA PACIFIC CORPORATION,

    DEFENDANT.

---

### ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME OF DISCOVERY DEADLINES

---

It appears to the Court that Plaintiffs' Motion to Extend Discovery Deadlines pursuant to the Rule 16(b) Scheduling Order is well taken and should be granted upon good cause.

It is therefore ORDERED that the deadline for completing written discovery is extended to November 30, 2009 and the deadline for completing all discovery is extended to December 31, 2009.

Entered this the 5th day of November, 2009.

                                        **s/Edward G. Bryant**
                                        EDWARD G. BRYANT
                                        UNITED STATES MAGISTRATE JUDGE