# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
### Chambers of United States Magistrate Judge Edward G. Bryant

345 United States Courthouse
111 S. Highland Avenue
Jackson, TN  38301
(731) 421-9273

## NOTICE OF SETTING
### Before Judge Edward G. Bryant, United States Magistrate Judge

November 17, 2009

RE:   1:08-cv-01213-JDB-egb
      Ricsung International Limited et al v. Xebex Corporation

Dear Sir/Madam:

A **TELEPHONIC STATUS CONFERENCE ON DISCOVERY** has been **SET** before **Judge Edward G. Bryant** on **MONDAY, NOVEMBER 23, 2009** at **2:00 P.M.** Plaintiff's Counsel shall set up the conference call before dialing into Judge Bryant's Chambers at (731) 421-9273.

If the case is settled before the conference or if you have any questions, please contact Andrew Shulman, Judicial Assistant to Magistrate Judge Edward G. Bryant at (731) 421-9273.

BY:   **s/ Andrew Shulman**
      Andrew Shulman, Judicial Assistant
      731-421-9273