**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT TENNESSEE**
**EASTERN DIVISION**

**RICSUNG INTERNATIONAL LIMITED, and**
**FUIJAN MINHOU MINXING WEAVING CO., LTD.**

     **PLAINTIFFS,**

vs.                                                                                  No. 1:08-CV-01213-JDB

**XEBEX CORPORATION, a/k/a**
**TETRA PACIFIC CORPORATION,**

     **DEFENDANT.**
_____

**JOINT MOTION TO AMEND SCHEDULING ORDER**
**AND CONTINUE TRIAL DATE**

_____

     Come now Plaintiffs and Defendant (herein "Parties"), both by and through counsel, pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.2 and move this Court for an Order extending the discovery deadline set forth in this case pursuant to this Court's Order entered on November 24, 2009.

     In support of their Motion, the Parties state that they have since completed all written discovery, including interrogatories, requests for production and the corresponding responses within those deadlines set forth by the Court, and are attempting to complete all necessary document review related to the production. However, due to the voluminous nature of the documents which must be reviewed; the complex nature of the case; and the fact that the vast majority of all material witnesses in this matter live outside the State of Tennessee, with several located in China, the Parties, despite their best efforts, do not believe it is possible to comply with the now existing deadlines and trial date set by the Court. Specifically the completion of all

discovery, including depositions, by the March 1, 2010 deadline previously set forth by this Court.

Further, the Parties are still in the process of ongoing settlement negotiations in an endeavor to resolve the issues in this Case.

Wherefore, the Parties respectfully request that the Court enter an Order extending the current deadlines and continuing the trial date and for such other and further relief the Court deems appropriate in this matter.

*Respectfully submitted*

**BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC**

/s/ R. Campbell Hillyer
James E. Bailey III (015979)
R. Campbell Hillyer (022124)
6075 Poplar Avenue, Suite 500
Memphis, TN 38119
(901) 680-7200
(901) 680-7201 facsimile
*jbailey@farris-law.com*
*chillyer@farris-law.com*
*Attorneys for Plaintiffs*

**WALDROP & HALL, P. A.**

/s/ Joshua M. Roberts
Charles M. Purcell (012461)
Joshua M. Roberts (026558)
106 S. Liberty Street
Jackson, TN 38301
(731) 424-6211
purcellc@waldrophall.com
robertsj@waldrophall.com
*Attorneys for Defendant*