UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**RICSUNG INTERNATIONAL LIMITED and
FUIJAN MINHOU MINXING WEAVING CO., LTD.**

    **PLAINTIFFS,**

                                            **No. 1:08-CV-01213-JDB**

**vs.**

**XEBEX CORPORATION, a/k/a
TETRA PACIFIC CORPORATION,**

    **DEFENDANT.**
_____

**ORDER GRANTING JOINT MOTION TO AMEND
SCHEDULING ORDER AND CONTINUE TRIAL DATE**
_____

It appears to the Court that the parties' Joint Motion to amend and extend the discovery and other deadlines pursuant to the Court's previous Rule 16(b) Scheduling Order and subsequent Order entered on November 24, 2009 is well taken and should be granted upon good cause.

It is therefore ORDERED that the deadline for completing all discovery is extended 120 days to July 1, 2010 and corresponding deadlines for expert disclosure and dispositive motions are continued accordingly to the Rule 16(b) Scheduling Order.  The Court will thereafter set a trial date upon close of all discovery.

Entered this the 1st day of March, 2010.

                                                        s/ J. DANIEL BREEN
                                                        UNITED STATES DISTRICT JUDGE