IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

RICSUNG INTERNATIONAL LIMITED
and FUIJAN MINHOU MINXING
WEAVING CO., LTD.,

      Plaintiff,

v.                                                  No. 08-1213-JDB/egb

XEBEX CORPORATION, a/k/a
TETRA PACIFIC CORPORATION,

      Defendant.

## ORDER OF REFERENCE

The above action is hereby referred to the Honorable Edward G. Bryant, U.S. Magistrate Judge, for the purpose of conducting a second scheduling conference .

**IT IS SO ORDERED** this 1st day of March, 2010.

                                              s/ J. DANIEL BREEN
                                              UNITED STATES DISTRICT JUDGE

                                              _____
                                              DATE