## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT TENNESSEE
## EASTERN DIVISION

RICSUNG INTERNATIONAL LIMITED, and
FUIJAN MINHOU MINXING WEAVING CO., LTD.

    PLAINTIFFS,

vs.　　　　　　　　　　　　　　　　　　　　No. 1:08-CV-01213-JDB

XEBEX CORPORATION, a/k/a
TETRA PACIFIC CORPORATION,

    DEFENDANT.
_____

## PLAINTIFFS' MOTION TO REVISE SCHEDULING ORDER
## AND CONTINUE/RESET TRIAL DATE
_____

    Come now Ricsung International Limited ("Ricsung") and Fuijan Minhou Minxing Weaving Co., Ltd. ("Minxing") pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.2 and move this Court for an Order further revising the Revised Rule 16(b) Scheduling Order [Doc. 51] and resetting the trial date (November 1, 2010) as contained in this Court's Notice of Resetting [Doc. 52].

    In support of their Motion, Plaintiffs have filed contemporaneously with this Motion a Memorandum in Support and Certificate of Consultation in compliance with Local Rule 7.2. Said Memorandum states the basis for the relief requested, including but not limited to, Plaintiffs immediate plans to file with this Court a motion requesting leave to amend the complaint and add an additional defendant to this cause.

    Wherefore, Plaintiffs pray that the Court enter an Order further revising the current Scheduling Order and resetting or continuing the trial date presently set by this Court.

*Respectfully submitted*

**BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC**

/s/ R. Campbell Hillyer
James E. Bailey III (015979)
R. Campbell Hillyer (022124)
6075 Poplar Avenue, Suite 500
Memphis, TN 38119
(901) 680-7200
(901) 680-7201 facsimile
*jbailey@farris-law.com*
*chillyer@farris-law.com*
*Attorneys for Plaintiffs*


### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been sent, via electronic mail to following counsel of record:

Charles M. Purcell, Esq.
Jennifer K. Craig, Esq.
WALDROP & HALL, P. A.
106 S. Liberty Street
Jackson, TN 38301
*Attorneys for Defendant*

This the 1st day of October, 2010

/s/  R. Campbell Hillyer