UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

RICSUNG INTERNATIONAL LIMITED and
FUIJAN MINHOU MINXING WEAVING CO., LTD.

      PLAINTIFFS,

vs.                                                                                          No. 1:08-CV-01213-JDB

XEBEX CORPORATION, a/k/a
TETRA PACIFIC CORPORATION,

      DEFENDANT.

---

**ORDER GRANTING MOTION TO REVISE SCHEDULING ORDER
AND CONTINUE/RESET TRIAL DATE**

---

      It appears to the Court that the Plaintiffs' Motion to further revise the Revised Rule 16(b) Scheduling Order and resetting the trial date (November 1, 2010) as contained in this Court's Notice of Resetting is well taken and should be granted upon good cause.

      It is therefore ORDERED that the parties shall within fifteen (15) days of entry of this Order submit an agreed upon Second Revised Rule 16(b) Scheduling Order setting forth the reasonable and necessary deadlines to be contained within a Rule 16(b) Scheduling Order.  Should the parties be unable to reach an agreed upon second revised scheduling order, either party shall notify the Court so the matter may be set for status conference.  The Court will thereafter set a trial date upon close of all discovery.

      ENTERED this 4th day of October, 2010.

                                                s/ J. DANIEL BREEN
                                                UNITED STATES DISTRICT JUDGE