IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

RICSUNG INTERNATIONAL LIMITED, and
FUIJAN MINHOU MINXING WEAVING CO., LTD.

      Plaintiffs,

v.                                                            No. 08-1213-JDB/egb

XEBEX CORPORATION, a/k/a
TETRA PACIFIC CORPORATION,

      Defendant.

_____

### ORDER OF REFERENCE
_____

      Before the Court is Plaintiffs' Motion for Leave to Amend Complaint and to Add Additional Party filed on October 8, 2010. This motion is referred to the United States Magistrate Judge for determination. Any objections to the magistrate judge's order shall be made within fourteen (14) days after service of the order, setting forth particularly those portions of the order objected to and the reasons for the objections. Failure to timely assign as error a defect in the magistrate judge's order will constitute a waiver of that objection. See Rule 72(a), Federal Rules of Civil Procedure.

      **IT IS SO ORDERED** this 12th day of October, 2010.

      s/ J. DANIEL BREEN
      UNITED STATES DISTRICT JUDGE