AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Tennessee

| | |
|---|---|
| RICSUNG INTERNATIONAL LIMITED, and FUIJAN MINHOU MINXING WEAVING CO., LTD <br> *Plaintiff* <br> v. <br> XEBEX CORPORATION and SCOTT WEINERT, individually. <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No.  1:08-CV-1213 |

### ALIAS     SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Scott Weinert
26 Windy City Road
Jackson, TN 38305

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    James E. Bailey III, Esq.
R. Campbell Hillyer, Esq.
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
6075 Poplar Avenue, Suite 500
Memphis, TN 38119
(901) 680-7200

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   02/08/2011

s/Sonya Pettigrew
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:08-CV-1213

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Scott Weinert__
was received by me on *(date)* __2-11-2011__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☒ I returned the summons unexecuted because __this person no longer lives at this address. House is empty. Realtor key holder is on back door.__ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __2-15-2011__

__Rick Logan__ — Server's signature

Rick Logan - Process Server
*Printed name and title*

1445 N. Highland Ave, Jackson, TN 38301
*Server's address*

[Stamp: Maxxguard Process Server, 1445 North Highland Ave, Jackson, TN 38301]

Additional information regarding attempted service, etc: