AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:08-CV-01213-JDB-egb

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Scott Weinert
was received by me on *(date)* 03/21/2011 .

☑ I personally served the summons on the individual at *(place)* 726 Haines Ave., Dallas, Texas 75208
on *(date)* 04/26/2011 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

Adriana Torres SCH 4545
*Printed name and title*

CLSS-NWSC
2522 Lower Mason Creek Road
Bandera, Texas 78003
*Server's address*

Additional information regarding attempted service, etc: