UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
*Eastern Division*
*Office of the Clerk*

*Thomas M. Gould, Clerk*                                                                            *Deputy-in-Charge*
*242 Federal Building*                                                                              *U.S. Courthouse, Room 262*
*167 N. Main Street*                                                                                *111 South Highland Avenue*
*Memphis, Tennessee 38103*                                                                          *Jackson, Tennessee  38301*
*(901) 495-1200*                                                                                    *(731) 421-9200*

---

NOTICE OF SETTING
**Before Judge J. Daniel Breen, United States District Judge**

---

May 10, 2011

      RE:    1:08-1213-JDB/egb
               Ricsung International Limited vs. Fuijan Minhou Minxing Weaving Co., Ltd.

**Dear Sir/Madam:**

      **A TELEPHONE STATUS CONFERENCE** has been **SET** before **Judge J. Daniel Breen** for **FRIDAY, MAY 13 2011** at **11:00 A.M.**

*Regina Dabbs Golden, from Attorney Charles Purcell's office, shall initiate the conference call with the parties and call Judge Breen's chambers at **731-421-9250** once all the parties are on the line.*

      If you have any questions, please contact the case manager at the number provided below.

                                      Sincerely,
                                      THOMAS M. GOULD, CLERK
                                      BY: <u>s/ Evelyn Cheairs</u>
                                              Case Manager to Judge J. Daniel Breen
                                              731-421-9207