Date: May 4, 2011

To: United States District Court for the Western District of Tennessee

Re: Civil Action No. 1:08-CV-1213

RECEIVED
11 MAY 16 PM 3: 56
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

Ricsung International Limited and Fuijan Minhou Minxing Weaving Co., LTD- Plaintiff

Vs.

Xebex Corporation and Scott Weinert, individually

Re: Amended Complaint

This is a response to a lawsuit filed against me personally. I have been named in a law suit which the unsecured creditor Ricsung International Limited and Fuijian Minhou Minxing Weaving Co. Ltd., has filed against Xebex Corporation- Civil Action No. 1:08-cv-01213-JDB. The amended complaint attempts to name me, Scott N. Weinert, personally as liable for the obligations and complaints filed against Xebex Corporation in Civil Action No. 1:08-cv-01213-JDB.

I deny all claims made in this amended Civil Action as it pertains to naming me personally as liable for such claims and obligations. Xebex Corporation has been a properly organized Sub Chapter S Corporation, in the State of Nevada during the time of all transactions. All corporate minutes and filings have been maintained in the years of operation of Xebex Corporation.

I object to this amendment and deny in every respect the legitimacy of such claims to name me personally for the obligations of Xebex Corporation.

Respectfully submitted by me personally, on my behalf,

Scott N. Weinert

726 Haines Ave

Dallas, TX 75208

Weinert
8290 S. Central E
Dallas, TX 75241

CERTIFIED MAIL

7009 0080 0001 7834 7187

3E301610162



United States District Court/Western District
of Tennessee/Eastern Divisional Office
111 South Highland Ave, Room 262
Jackson, TN 38301

ATTN:   CLERK OF THE COURT

UNITED STATES POSTAL SERVICE

1000

38301

U.S. POSTAGE
PAID
DALLAS, TX
MAY 12, 11
AMOUNT
$5.59
000-4692-06